No. 98–1064.  AMERICAN ACADEMY OF PAIN MANAGEMENT ET AL. *v.* JOSEPH, EXECUTIVE DIRECTOR, MEDICAL BOARD OF CALIFORNIA. C. A. 9th Cir.  Certiorari denied.

No. 98–1065.  INDIANAPOLIS POWER & LIGHT CO. *v.* PENNSYLVANIA PUBLIC UTILITY COMMISSION ET AL.  Commw. Ct. Pa. Certiorari denied.

No. 98–1079.  HALICKI *v.* LOUISIANA CASINO CRUISES, INC., ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 98–1085.  GUMBHIR *v.* CURATORS OF THE UNIVERSITY OF MISSOURI ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 98–1091.  TIME WARNER ENTERTAINMENT CO., L. P., ET AL. *v.* BYERS ET AL.  Ct. App. La., 1st Cir.  Certiorari denied.

No. 98–1103.  HAZZARD *v.* HOWARD ET AL.  C. A. 9th Cir. Certiorari denied.

No. 98–1104.  DAVIDSON *v.* HUBBARD ET AL.  C. A. 1st Cir. Certiorari denied.

No. 98–1108.  SCHACHTER *v.* SCHACHTER.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 98–1119.  JONES *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 98–1123.  CARMONA *v.* DEPARTMENT OF THE TREASURY. C. A. Fed. Cir.  Certiorari denied.

No. 98–1126.  CASS *v.* TENNESSEE.  Ct. Crim. App. Tenn. Certiorari denied.

No. 98–1136.  EASLEY ET AL. *v.* ILLINOIS.  App. Ct. Ill., 3d Dist.  Certiorari denied.

No. 98–1141.  DE LARRACOECHEA AZUMENDI *v.* PAN AMERICAN WORLD AIRWAYS, INC., ET AL.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.